IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JERRY MINOR**                                                                                          **PLAINTIFF**

v.                                                    **4:09-CV-00651-WRW**

**NORTH LITTLE ROCK, CITY OF,** *et al.*                                              **DEFENDANTS**

## ORDER

Pending is Defendants' Motion to Dismiss (Doc. No. 2) the North Little Rock Electric Company as a Defendant in this case. Plaintiff does not object.[1] Accordingly, Defendant North Little Rock Electric Company is DISMISSED from this case.

IT IS SO ORDERED this 23rd day of October, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.