IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JERRY MINOR**                                                                        **PLAINTIFF**

v.                    Case No. 4:09-cv-00651-DPM

**CITY OF NORTH LITTLE ROCK, ET AL.**                          **DEFENDANTS**

## ORDER

The Defendants' motion to compel is granted. The Plaintiff must respond to the Defendants' first set of interrogatories and requests for production by 4 June 2010.

It Is So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 May 2010